IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                  CRIMINAL NO. 1:18CR32-01
                                                  (Judge Keeley)

**JEREMIAH ROBERT DODRILL**

    **Defendant.**

**ORDER REJECTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN A FELONY CASE AS MOOT (DKT. NO. 47),
ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 49),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On July 5, 2018, the defendant, Jeremiah Robert Dodrill ("Dodrill"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count Two of the Indictment. After Dodrill stated that he understood that the magistrate judge is not a United States district judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Dodrill's statements during the plea hearing and the government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Dodrill

**ORDER REJECTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN A FELONY CASE AS MOOT (DKT. NO. 47), ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 49), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On July 6, 2018, the magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 47). On July 9, 2018, the magistrate judge amended the R&R (dkt. No. 49) and found a factual basis existed for the plea and recommended that this Court accept Dodrill's plea of guilty to Count Two of the Indictment.

The magistrate judge also directed the parties to file any written objections to the amended R&R within fourteen (14) days after service of the amended R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the amended R&R. The parties did not file any objections to the amended R&R.

Accordingly, this Court **REJECTS** the magistrate judge's R&R as moot (dkt. No. 47)**, ADOPTS** the magistrate judge's amended R&R (dkt.

**USA v. DODRILL**                                                1:18CR32-01

**ORDER REJECTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN A FELONY CASE AS MOOT (DKT. NO. 47),
ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 49),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

no. 49), **ACCEPTS** Dodrill's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Count Two of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 <u>et seq</u>., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of Dodrill, and prepare a presentence report for the Court;

2. The Government and Dodrill shall provide their versions of the offense to the probation officer by **July 31, 2018**;

3. The presentence report shall be disclosed to Dodrill, defense counsel, and the United States on or before **October 1, 2018**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

**USA v. DODRILL**                                           **1:18CR32-01**

**ORDER REJECTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN A FELONY CASE AS MOOT (DKT. NO. 47), ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 49), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

4. Counsel may file written objections to the presentence report on or before **October 15, 2018;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **October 29, 2018;** and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **October 29, 2018.**

The magistrate judge continued Dodrill on bond pursuant to the Order Setting Conditions of Release (dkt. no. 27) entered on May 17, 2018.

The Court will conduct the sentencing hearing for the defendant on **Tuesday, November 13, 2018** at **1:30 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

**ORDER REJECTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN A FELONY CASE AS MOOT (DKT. NO. 47), ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 49), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: July 23, 2018

　　　　　　　　　　　　　　　　/s/ Irene M. Keeley
　　　　　　　　　　　　　　　　IRENE M. KEELEY
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE